```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

MICHAEL J. RUTH,                )
      Plaintiff,            )
                            )
      v.                    ) CIVIL ACTION NO. 10-10936-PBS
                            )
POLICE OFFICER DANIEL DEVINE,   )
et al.,                         )
      Defendants.           )

**MEMORANDUM AND ORDER**
August 6, 2010

SARIS, U.S.D.J.

    On June 14, 2010, this Court issued a Memorandum and Order (Docket No. 4) directing the issuance of a summons as to Officer Devine, and directing that, if plaintiff wished to pursue his claims against the Town of Andover and/or its Police Department, he must an Amended Complaint curing the pleading deficiencies file, within 35 days. To date, plaintiff has failed to file an Amended Complaint as directed and the time period for doing so has expired.

    Accordingly, for the reasons stated in the Memorandum and Order (Docket No. 4), and for the failure of plaintiff to file an Amended Complaint, it is hereby Ordered that all claims against the Town of Andover and/or its Police Department are DISMISSED. This case will proceed with respect to claims against Officer Devine only. This Order is not intended as a separate and final judgment.

SO ORDERED.

                                  /s/ Patti B. Saris
                                  UNITED STATES DISTRICT JUDGE